UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
:
                      Plaintiff, : 15 Civ. 7547 (VSB)
:
    v. : ECF Case
:
JASON W. GALANIS, JOHN P. GALANIS, :
JARED M. GALANIS, DEREK M. GALANIS, :
GARY T. HIRST, and GAVIN L. HAMELS, :
:
:
                     Defendants. :
------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Defendants Jason W. Galanis, John P. Galanis, Jared M. Galanis, Derek M. Galanis, Gary T. Hirst, and Gavin L. Hamels ("Defendants") wish to stay all proceedings in the above-captioned civil action pending resolution of the parallel criminal proceeding against the Defendants, entitled United States v. Jason W. Galanis, et al., No. 15 Cr. 643 (PKC) (S.D.N.Y.) (the "Parallel Criminal Proceeding");

WHEREAS, the United States has moved this Court for an order staying depositions, interrogatories, requests for admission, and production of transcripts of testimony and notes of interviews with, and any form of discovery that would create statements of, any person whom the Government asserts may be called as a witness in the Parallel Criminal Proceeding, until the conclusion of the Parallel Criminal Proceeding; and

WHEREAS, Plaintiff Securities and Exchange Commission (the "Commission") does not object to the entry of a stay of these proceedings as specified herein;

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for Defendants and the Commission as follows:

1

1. All proceedings in the above-captioned action are hereby stayed pending resolution of the Parallel Criminal Proceeding, except as provided herein.

2. This stay shall not alter the substantive and other procedural rights of the parties, including the Commission's right to continue to investigate matters related to the conduct alleged in the Complaint, and such rights are not waived and are expressly reserved.

3. This stay shall continue until a judgment is entered in the Parallel Criminal Proceeding with respect to all Defendants. Defendants shall have sixty (60) days after such judgment is entered in the Parallel Criminal Proceeding to move, answer or otherwise respond to the Complaint in this action.

Dated: New York, New York
November 20, 2015

SECURITITES AND EXCHANGE COMMISSION

By: _____
Nancy A. Brown

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-1023

Attorneys for Plaintiff

MURPHY PEARSON BRADLEY & FEENEY

By: _____
Aaron K. McClellan

88 Kearny Street, 10th Floor
San Francisco, CA 94108
(415) 788-1900

Attorneys for Defendant Jason W. Galanis

MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO PC

By: _____/s/ Paul R. Grand_____
        Paul R. Grand

565 Fifth Avenue
New York, NY 10017
(212) 880-9510

Interim Attorneys for Defendant John P. Galanis
for purposes of executing this stipulation on his behalf.
He is appearing pro se, and a stipulation from him is
currently in the mail from California


MURPHY PEARSON BRADLEY & FEENEY

By: _____
        James A. Lassart

88 Kearny Street, 10th Floor
San Francisco, CA 94108
(415) 788-1900

Attorneys for Defendant Jared M. Galanis


LAW OFFICES OF ANTHONY J. BRASS

By: _____
        Anthony J. Brass

3223 Webster Street
San Francisco, CA 94123
(415) 922-5462

Attorneys for Defendant Derek M. Galanis


-CONTINUED ON NEXT PAGE-

MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO PC

By: _____
　　　　　Paul R. Grand

565 Fifth Avenue
New York, NY 10017
(212) 880-9510

Attorneys for Defendant John P. Galanis

MURPHY PEARSON BRADLEY & FEENEY

By: _____
　　　　　James A. Lassart

88 Kearny Street, 10th Floor
San Francisco, CA 94108
(415) 788-1900

Attorneys for Defendant Jared M. Galanis

LAW OFFICES OF ANTHONY J. BRASS

By: _____
　　　　　Anthony J. Brass

3223 Webster Street
San Francisco, CA 94123
(415) 922-5462

Attorneys for Defendant Derek M. Galanis

-CONTINUED ON NEXT PAGE-

3

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC

By: _____
        Paul R. Grand

565 Fifth Avenue
New York, NY 10017
(212) 880-9510

Attorneys for Defendant John P. Galanis

MURPHY PEARSON BRADLEY & FEENEY

By: _____
        James A. Lassart

88 Kearny Street, 10th Floor
San Francisco, CA 94108
(415) 788-1900

Attorneys for Defendant Jared M. Galanis

LAW OFFICES OF ANTHONY J. BRASS

By: /s/ Anthony J. Brass
        Anthony J. Brass

3223 Webster Street
San Francisco, CA 94123
(415) 922-5462

Attorneys for Defendant Derek M. Galanis

-CONTINUED ON NEXT PAGE-

MISHCON DE REYA NEW YORK LLP

By: _____
　　　　　Joshua Sohn

750 7th Avenue, 26th Floor
New York, NY 10019
(212) 612-3271

Attorneys for Defendant Gary T. Hirst

SADIS GOLDBERG, LLP

By: _____
　　　　　Sam Lieberman

551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164

Attorneys for Defendant Gavin L. Hamels

SO ORDERED:

_____
Hon. Vernon S. Broderick, U.S.D.J.

4

MISHCON DE REYA NEW YORK LLP

By: _____
       Joshua Sohn

750 7th Avenue, 26th Floor
New York, NY 10019
(212) 612-3271

Attorneys for Defendant Gary T. Hirst

SADIS GOLDBERG, LLP

By: *Sam Lieberman*
       Sam Lieberman

551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164

Attorneys for Defendant Gavin L. Hamels

**SO ORDERED:**

*Vernon Broderick*

**HON. VERNON S. BRODERICK** 12/1/2015
**UNITED STATES DISTRICT JUDGE**

Plaintiff should submit a status letter on March 1, 2016 and every three months thereafter until resolution of the parallel criminal proceedings. Plaintiff should promptly inform the Court upon resolution of the criminal proceedings. The Clerk's Office is directed to terminate the Intervenor's motion to stay, (Doc. 7).