

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

November 30, 2016

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall Courthouse, Room 415
40 Foley Square
New York, NY 10007

Re:  SEC v. Galanis, et al.;
     No. 15 Civ. 7547 (VSB)

Dear Judge Broderick:

We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in the above-referenced matter.

As directed by the Court's endorsed Order, entered December 1, 2015 (DE 19), on the parties' Stipulation and Order staying the instant matter pending resolution of a parallel criminal case filed against Defendants, the Commission provides the following status letter.

As detailed in our interim status report, dated October 21, 2016 (DE 26), each of the defendants in the parallel criminal action, United States v. Galanis, et al., 15 Cr. 643 (PKC) (S.D.N.Y.) ("Criminal Action"), has pled guilty to or been convicted of various criminal charges.[1]  As of today, no final judgments have been entered in that case, and the last sentencing is currently set for February 16, 2017.

The Commission will file its next status letter on March 1, 2017, or on whatever earlier date the Court shall direct.

Respectfully submitted,

Nancy A. Brown

cc: All Defendants via email or overnight mail

---

[1] The criminal indictment names a seventh defendant, Ymer Shahini, who is not named in the Commission's complaint, and who remains at large.  The Stipulated Order does not condition the lifting of the stay on any judgment being entered with respect to Shahini.