UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :
                       Plaintiff, :
                                  :       15 Civ. 7547 (VSB)
            v.                    :
                                  :       ECF Case
JASON W. GALANIS, JOHN P.         :
GALANIS, JARED M. GALANIS,        :
DEREK M. GALANIS, GARY T. HIRST,  :
and GAVIN L. HAMELS,              :
                                  :
                      Defendants. :
---------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO DEFENDANT GARY T. HIRST

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and declaration of Vincent Filardo, Jr., Esq., dated April 24, 2017, Mishcon de Reya New York LLP ("Mishcon"), attorneys for defendant Gary T. Hirst, will move this Court before the Honorable Vernon S. Broderick, United States District Judge, at the United States District Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, permitting Mishcon and its appearing attorneys to withdraw as counsel to defendant Hirst in this action.

Dated:  New York, New York
        April 24, 2017

                                          **MISHCON DE REYA NEW YORK LLP**

                                          By: _/s/Vincent Filardo, Jr._____
                                              Vincent Filardo, Jr.

                                          156 5th Avenue – Suite 904
                                          New York, New York 10010

Legal1us.323652.1                          1

Tel: (212) 612-3270
Fax: (212) 612-3297
vincent.filardo@mishcon.com

*Attorney for Defendant Gary T. Hirst*