| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>SECURITIES AND EXCHANGE         :<br>COMMISSION,                                           :<br>                                                                   :<br>                                  Plaintiff,             :<br>                                                                   :<br>             v.                                                 :<br>                                                                   :<br>JASON W. GALANIS, JOHN P.                    :<br>GALANIS, JARED M. GALANIS,                 :<br>DEREK M. GALANIS, GARY T. HIRST,      :<br>and GAVIN L. HAMELS,                               :<br>                                                                   :<br>                                  Defendants.       :<br>------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/24/2017<br><br>15 Civ. 7547 (VSB)<br><br>ECF Case |

**[PROPOSED] ORDER**

Before the court is Mishcon de Reya New York LLP's Motion to Withdraw as Counsel to Defendant Gary T. Hirst ("Motion"). Upon consideration of the Motion, accompanying Memorandum of Law, Declaration of Vincent Filardo, Jr., Esq., and arguments of counsel, the Court finds that the Motion should be, and hereby is, **GRANTED**. Accordingly, it is hereby,

**ORDERED** that Mishcon de Reya New York LLP and its appearing attorneys may withdraw as counsel of record to defendant Gary T. Hirst, and their appearance in the action is terminated.

SO ORDERED.

Dated: New York, New York
           May ~~April~~ 24, 2017

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge

Legal1us.323649.1

1