```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                                            :
                              Plaintiff,                    :       15-CV-7547 (VSB)
                                                            :
                   -v-                                      :            ORDER
                                                            :
JASON W. GALANIS, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2018

VERNON S. BRODERICK, United States District Judge:

On January 11, 2018, I held a status conference in this matter. Counsel for the Plaintiff was in attendance, along with Defendant Jared Galanis, proceeding pro se. Accordingly, and for the reasons stated on the record at the conference, it is hereby

ORDERED that, pursuant to my previous order, (Doc. 19), Defendant Jared Galanis shall answer or otherwise respond to the Complaint on or before January 29, 2018.

IT IS FURTHER ORDERED that incarcerated Defendants John Galanis, Gary Hirst, Jason Galanis, and Derek Galanis shall, by February 12, 2018, inform Plaintiff's counsel whether they intend to defend this action. If any Defendant fails to defend this action, Plaintiff may seek a default judgment against that Defendant.

IT IS FURTHER ORDERED that counsel for the parties shall appear for a status conference on March 8, 2018 at 10:30 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Incarcerated Defendants proceeding pro se shall appear via telephone. Counsel for the Plaintiff is instructed to contact the requisite correctional facility(ies) to arrange the call, determine the telephone number(s) at which the

Defendants can be reached at the above time and date, and communicate those telephone number(s) to Chambers.

Plaintiff's counsel is directed to send a copy of this Order to each of the incarcerated Defendants.

SO ORDERED.

Dated: January 12, 2018
       New York, New York

Vernon S. Broderick
United States District Judge