```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/14/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

**SECURITIES AND EXCHANGE COMMISSION**   :
                                         :
                **Plaintiff,**   :   **15 Civ. 7547 (VSB)**
                                         :
        **v.**   :   **ECF Case**
                                         :
**JASON W. GALANIS, JOHN P. GALANIS,**   :
**JARED M. GALANIS, DEREK M. GALANIS,**   :
**GARY T. HIRST, and GAVIN L. HAMELS,**   :
                                         :
                                         :
                **Defendants.**   :

------------------------------------------------------------------------x

### [PROPOSED] CLERK'S CERTIFICATE NOTING DEFAULT OF
### DEFENDANTS JOHN P. GALANIS AND JASON W. GALANIS

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that the docket for the above-captioned civil action and the

Declaration of Nancy A. Brown, executed March 9, 2018, show the following:

      1.    Plaintiff, Securities and Exchange Commission, commenced this action on

September 24, 2015, with the filing of a Complaint.

      2.    Plaintiff served the Complaint on John P. Galanis ("John Galanis") on September

30, 2015, by providing his then-attorney, Kevin V. Ryan, with a Notice of a Lawsuit and Request

to Waive Service of a Summons, and a copy of the Complaint.

      3.    On behalf of John Galanis, Kevin V. Ryan, executed a Waiver of the Service of

Summons, a copy of which was filed on October 20, 2015.

      4.    Plaintiff served the Complaint on Jason W. Galanis ("Jason Galanis") on October

7, 2015, by providing his then-attorney, Aaron K. McClellan, with a Notice of a Lawsuit and

Request to Waive Service of a Summons, and a copy of the Complaint.

5.      On behalf of Jason Galanis, Aaron K. McClellan, executed a Waiver of the Service of Summons, a copy of which was filed on October 22, 2015.

6.      On December 1, 2015, the Court entered a Stipulation and Order staying these proceedings pending the resolution of a parallel criminal case then pending against Defendants, United States v. Galanis, No. 15 Cr. 643 (PKC) (S.D.N.Y.) ("Parallel Action"), and providing that Defendants' Answers would be due sixty (60) days after judgment was entered with respect to all Defendants in that case.

7.      By Order, dated January 12, 2018, the Court directed that Defendants John Galanis and Jason Galanis, among others, advise the Commission by February 12, 2018 whether they "intend to defend this action."   Neither John Galanis nor Jason Galanis has indicated an intention to defend this action.

8.      As of the date of this Certificate, Plaintiff has not received, and there is no entry on the Docket showing that either John Galanis or Jason Galanis has filed an answer or otherwise responded to the Complaint.

9.      Based on the foregoing, the defaults of John Galanis and Jason Galanis are noted.

Dated: New York, New York
       March 14, 2018

_____
CLERK, UNITED STATES DISTSRICT COURT

RUBY J. KRAJICK
CLERK OF COURT

BY_____
       Deputy Clerk

2